**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

IN RE:  Michelle Telliga                                   CHAPTER 13
                                                            CASE NO: 14-30678
                         Debtor                             JUDGE: Daniel Opperman
_____/

**ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of  John A. Zintsmaster , Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3500  in fees and $0.00  in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 2,500.00  shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

**XX.  Former Creditor Andrew Pobocik shall be paid ZERO by the Trustee under this plan. All support debt has been resolved by the Genesee County Circuit Court.**

| | |
|---|---|
| /s/ Carl Bekofske | /s/ John A. Zintsmaster |
| Chapter 13 Standing Trustee | Attorney for Debtor(s) |
| 400 N. Saginaw St, Ste 331 | John A. Zintsmaster |
| (810) 238-4675 | G-6258 W. Pierson Rd |
| ecf@flint13.com | Flushing, Mi 48433 |
| 810-238-4675 | 810-733-6960 |
| P-10645 | jbzints@gmail.com |
| | P-35487 |

.

**Signed on August 21, 2014**

                                                         **/s/ Daniel S. Opperman**
                                                         **Daniel S. Opperman**
                                                         **United States Bankruptcy Judge**